# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FNBN-RESCON I LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN A. RITTER, individually,<br><br>    Defendant. | Case No.: 2:11-cv-01868-LRH-GWF<br><br>**ORDER GRANTING NOTICE OF RELATED CASES AND MOTION TO CONSOLIDATE** |

    This Court having considered FNBN-RESCON I LLC's Notice of Related Cases and Motion to Consolidate and good cause appearing,

    IT IS HEREBY ORDERED that:

    (1)    FNBN-RESCON I LLC's Notice of Related Cases and Motion to Consolidate is GRANTED, thereby consolidating United States District Court, District of

1  Nevada Case No. 2:11-cv-01867-GMN-VCF with Case No. 2:11-cv-01868-LRH-GWF
2  (the "Consolidated Action"); and
3   (2) The Consolidated Action will be assigned to the Honorable
4  __Gloria M. Navarro_____, with all documents to be filed under United States District
5  Court, District of Nevada Case No. 2:11-cv-01867-GMN- VCF.
6   IT IS SO ORDERED this 29th day of February, 2012.

```
                                    _____
                                    LARRY R. HICKS
                                    UNITED STATES DISTRICT JUDGE
```